**AVID IDENTIFICATION SYSTEMS, INC., Plaintiff–Appellant,**

v.

**GLOBAL ID SYSTEMS and Douglas E. Hull, Defendants–Appellees.**

No. 04–1011.

United States Court of Appeals, Federal Circuit.

April 23, 2004.

David B. Abel, Principal Attorney, Squire, Sanders, Los Angeles, CA, for Plaintiff–Appellant.

Derek L. Tabone, Principal Attorney, Law Office, Van Nuys, CA, for Defendants–Appellees.

*ORDER*

Upon consideration of Avid Identification Systems, Inc.'s unopposed motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.